**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 04-1671**

―――――――――

JOHN L. BOYLE, JR.,

Plaintiff - Appellant,

versus

HARFORD COUNTY; HOWARD WALTER; RICHARD AIELLO;
COLBURN DORSEY; ELWOOD DEHAVEN; GARY SOHL;
JOSEPH P. MEADOWS,

Defendants - Appellees,

and

STATE OF MARYLAND,

Defendant.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-01-3200-BEL)

―――――――――

Submitted: January 12, 2005          Decided: January 25, 2005

―――――――――

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Howard J. Needle, Baltimore, Maryland, for Appellant. J. Joseph
Curran, Jr., Attorney General of Maryland, Cynthia G. Peltzman,
Assistant Attorney General, Baltimore, Maryland, Robert S. McCord,

County Attorney, Philip S. Roberts, Deborah S. Duvall, Senior Assistant County Attorneys, Bel Air, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John L. Boyle, Jr. appeals the district court's order summarily dismissing his claims for religious discrimination and retaliation for whistle blowing, based on Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2000); 42 U.S.C. § 1983 (2000); the First Amendment; and the Public Policy of the State of Maryland; and dismissing the remaining state law claims without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the order on the reasoning of the district court. See Boyle v. Harford County, No. CA-01-3200-BEL (D. Md. Apr. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED